**Order entered November 20, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00748-CV

**PARALLEL NETWORKS, LLC, Appellant**

**V.**

**JENNER & BLOCK LLP, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01146-E**

## ORDER

We **GRANT** appellant's November 18, 2013 unopposed motion for an extension of time

to file a reply brief.  Appellant shall file its reply brief on or before November 26, 2013.


/s/      DAVID LEWIS
JUSTICE